**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| Robert E. Bortz, | : | Bankruptcy No: 12-10663-TPA |
| *Debtor*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: |
|  | : |  |
| Irwin Mortgage Corp., | : |  |
| *Movant*, | : |  |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:** **Irwin Mortgage Corp.**
**Incorrect Address:** **10500 Kincaid Drive, Fishers, IN 46038**
**Correct Address:** **2801 East Dupont Road, Suite A, Fort Wayne, IN 46825-1668**

Respectfully Submitted,

Date:    August 8, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors