FILED
8/22/17 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT E BORTZ

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:12-10663 TPA

Chapter 13

Document No.: 200

## ORDER OF COURT

AND NOW, this **22nd** day of **August**, 20**17**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 12-10663-TPA
Robert E. Bortz                                                     Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-1          User: aala                  Page 1 of 3                  Date Rcvd: Aug 22, 2017
                              Form ID: pdf900             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db             +Robert E. Bortz,    2918 Harvard Road,    Erie, PA 16508-1221
cr              Citimortgage Inc.,,    P. O. Box 14609,    Irving, TX 75014
cr             +Irwin Mortgage Corporation,    4845 West 167th Street,    Suite 101,   Oak Forest, IL 60452-4550
13371055       +Associated Clinical Laboratories,    PO Box 71312,    Philadelphia, PA 19176-1312
13395625      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13371056       +Bank Of America,    100 N. Tryon St.,    Mailcode Nc 1-007-18-01,    Charlotte, NC 28202-4031
13371057       +Bank Of America, N.a.,    450 American Street,    Simi Valley, CA 93065-6285
13494665        Bank Of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13495338       +Bank of America, N.A.,    c/of Gregory Javardian, Esquire,    1310 Industrial Blvd., 1st Floor,
                 Suite 101,    Southampton, PA 18966-4030
13371058       +CBCS,    PO Box 2890,    Columbus, OH 43216-2890
13371060       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13371059       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13442047        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13443756        CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
13371061       +Citimortgage Inc,    PO Box 6243,    Sioux Falls, SD 57117-6243
13371064       +Creditech,    50 North 7th Street,    Bangor, PA 18013-1791
13371065       +Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
13427814       +Erie Community Credit Union,    c/o Brian C. Palotas, Collection Manager,
                 2165 West 21st Street,    Erie, PA 16502-1942
13371066       +Erie Community Federal Credit Union,    1129 State Street,    Erie, PA 16501-1911
13371067       +Frank C. Pregler DO,    3710 Pine Avenue,    Erie, PA 16504-1748
13371068       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13371069       +IC Systems, Inc.,    Attention: Bankruptcy,    444 Highway 96 East,    PO Box 64444,
                 Saint Paul, MN 55164-0444
13371073        Irwin Mortgage Corp,    2801 East Dupont Road, Suite A,    Fort Wayne, IN 46825-1668
13386100       +Jeffrey J. Cole,    2014 West 8th Street,    Erie, PA 16505-4740
13736113       +Mark & Darlene Edmunds,    2946 Poplar Street,    Erie, PA 16508-1680
13539136      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX  75067)
13371077       +Navy Federal Credit Union,    Po Box 3700,    Merrifield, VA 22119-3700
13494575       +Phelan, Hallinan, & Schmieg LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13371078       +Powers, Kirn & Javardian, LLC,    1310 Industrial Boulevard,    Suite 101,
                 Southampton, PA 18966-4030
13371079       +Regional Health Services,    201 State Street,    Erie, PA 16550-0002
13430310       +Susan Fuhrer Reiter, Esquire,    MacDonald, Illig, Jones, & Britton LLP,
                 100 State Street, Suite 700,    Erie, PA 16507-1459
13493935       +U.S. BANK NATIONAL ASSOCIATION ETAL,    CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,
                 MAIL CODE: LA4-5555,    700 KANSAS LANE,    MONROE, LA 71203-4774
13736210       +U.S. Bank National Association, on beha,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13481674        VERIZON WIRELESS,    500 Technology Drive #550,    St. Charles, MO 63304-2225
13371080       +Verizon,    PO Box 28000,    Lehigh Valley, PA 18002-8000
13371081       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
13371082       +Well Fargo Financial Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
13371083       +Wells Fargo,    Attention: Bankruptcy MAC# X2303-01A,    Po Box 41169,
                 Des Moines, IA 50328-0001
13371084       +Wells Fargo Bank,    Macq 2123-013,    PO Box 94423,    Albuquerque, NM 87199-4423
13378331        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
13374970       +Wells Fargo Bank NA,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls   SD 57104-0422
13371085       +Wfnnb / Value City Furniture,    Attn: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
13371086       +Zale / Cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2017 01:34:31
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13371062       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2017 01:33:09
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13371063       +E-mail/Text: cwade@creditmanagementcompany.com Aug 23 2017 01:32:58
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13371071       +E-mail/Text: cio.bncmail@irs.gov Aug 23 2017 01:32:26     Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
13509881        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2017 01:34:09      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13371075       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2017 01:32:42     Midland Credit Management Inc,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0315-1           User: aala                  Page 2 of 3                   Date Rcvd: Aug 22, 2017
                               Form ID: pdf900             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13620163          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2017 01:34:10      Midland Funding LLC,
                   by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                   Houston, TX   77210-4457
13371076         +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 23 2017 01:33:16      Navy Federal Credit Union,
                   Attention: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
13422690          E-mail/Text: bnc-quantum@quantum3group.com Aug 23 2017 01:32:31
                   Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                   Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Bank of America, N.A., successor by merger to BAC
cr                JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SERV
cr                NATIONSTAR MORTGAGE LLC
cr                Nationstar Mortgage LLC
cr                Select Portfolio Servicing Inc., as servicing agen
cr                U.S. Bank National Association, on behalf of the r
cr*               CITIMORTGAGE, INC.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
cr*               CitiMortgage, Inc.,    PO BOX 6030,    SIOUX FALLS, SD  57117-6030
cr*               LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                   Greenville, SC  29603-0587
cr*              ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage, LLC,      Bankruptcy Dept,    350 Highland Dr,
                   Lewisville, TX  75067)
cr*              +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
cr*              +Regional Health Services, Inc.,    201 State Street,    Erie, PA 16550-0002
13371072*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,      Office of District Counsel,
                   1000 Liberty Center,    Suite 601C,    Pittsburgh, PA 15222)
13371070*         Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
14051679*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13516497*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage, LLC,      Bankruptcy Dept,    350 Highland Dr,
                   Lewisville, TX 75067-4177)
cr               ##+Bank of America, N.A.,    400 National Way,    Mail Stop CA6-919-01-23,
                   Simi Valley, CA 93065-6414
cr               ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13371074         ##+Maiello, Brungo & Maiello, LLP,    One Churchill Park,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
13409180         ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
                                                                                              TOTALS: 6, * 10, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1          User: aala                 Page 3 of 3                  Date Rcvd: Aug 22, 2017
                              Form ID: pdf900            Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
          Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage, LLC ecfmail@mwc-law.com
          Daniel P. Foster    on behalf of Debtor Robert E. Bortz dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, on behalf of
          the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates,
          Series 2007-AC1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          David H. Lipow    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
          dlipow@milsteadlaw.com
          David H. Lipow    on behalf of Creditor    U.S. Bank National Association, on behalf of the
          registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates,
          Series 2007-AC1 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
          Gregory Javardian    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
          Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP greg@javardianlaw.com,
          mary@javardianlaw.com;tami@javardianlaw.com
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
          james.prostko@phelanhallinan.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
          Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Luke A. Sizemore    on behalf of Creditor    Nationstar Mortgage, LLC lsizemore@reedsmith.com,
          slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc., as servicing
          agent for U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns
          Asset Backed Securities I LLC, Asset-Backed Certificates, Se mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          Matthew Gregory Brushwood    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS
          SERVICER FOR THE MORTGAGE OF RECORD pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 17