**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT E BORTZ

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-10663 TPA

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/03/2012 and confirmed on 09/25/2012. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,480.16 |
| Less Refunds to Debtor | 1,800.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 80,680.16 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,050.00 | |
| Trustee Fee | 2,876.11 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,926.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2481 | | | | |
| CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5176 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 13,600.19 | 13,600.19 | 0.00 | 13,600.19 |
| Acct: 0935 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 37,613.55 | 0.00 | 37,613.55 |
| Acct: 0935 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 2,882.57 | 2,882.57 | 0.00 | 2,882.57 |
| Acct: 0935 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0935 | | | | |
| | | | | 54,096.31 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 3,050.00 | 3,050.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT E BORTZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ROBERT E BORTZ | 600.00 | 600.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT E BORTZ | 600.00 | 600.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT E BORTZ | 600.00 | 600.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 4,499.68 | 4,499.68 | 0.00 | 4,499.68 |
| Acct: 8666 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 4,836.90 | 4,836.90 | 0.00 | 4,836.90 |
| Acct: 8666 | | | | |
| | | | | 9,336.58 |
| **Unsecured** | | | | |
| ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9661 | | | | |
| LVNV FUNDING LLC | 1,194.54 | 993.43 | 0.00 | 993.43 |
| Acct: 5856 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7037 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8332 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2049 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6007 | | | | |
| ERIE COMMUNITY CREDIT UNION | 796.81 | 662.66 | 0.00 | 662.66 |
| Acct: 6006 | | | | |
| ERIE COMMUNITY CREDIT UNION | 6,525.10 | 5,426.50 | 0.00 | 5,426.50 |
| Acct: 6006 | | | | |
| FRANK C PREGLER DO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XORTZ | | | | |
| GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8305 | | | | |
| GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0703 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8473 | | | | |
| IRWIN MORTGAGE CORPORATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3692 | | | | |
| JEFFREY J COLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XORTZ | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5261 | | | | |
| NAVY FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0900 | | | | |
| WEISFIELD JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5218 | | | | |
| NAVY FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9052 | | | | |
| NAVY FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8506 | | | | |
| REGIONAL HEALTH SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7768 | | | | |
| WELLS FARGO BANK | 1,149.25 | 955.76 | 0.00 | 955.76 |
| Acct: 4944 | | | | |

| 12-10663 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     WELLS FARGO BANK NA | 455.55 | 378.85 | 0.00 | 378.85 |
|         Acct: 8321 | | | | |
|     WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: XXX9001 | | | | |
|     QUANTUM3 GROUP LLC AGNT - WFNB | 1,796.73 | 1,494.22 | 0.00 | 1,494.22 |
|         Acct: 9796 | | | | |
|     ZALE CBUSA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: XXX4000 | | | | |
|     INTERNAL REVENUE SERVICE* | 345.83 | 287.61 | 0.00 | 287.61 |
|         Acct: 8666 | | | | |
|     MIDLAND FUNDING LLC BY AMERICAN INF | 146.86 | 122.13 | 0.00 | 122.13 |
|         Acct: 2442 | | | | |
|     MARK & DARLENE EDMUNDS | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: XXXX8-05 | | | | |
|     MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
| | | | | 10,321.16 |

| TOTAL PAID TO CREDITORS | 73,754.05 |
|---|---|

TOTAL CLAIMED
PRIORITY             9,336.58
SECURED            16,482.76
UNSECURED       12.410.67

Date: 09/20/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com