**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert E. Bortz**
Debtor(s)

Bankruptcy Case No.: 12–10663–TPA

Chapter: 13

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

 Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: October 2, 2017

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 12-10663-TPA
Robert E. Bortz                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: aala          Page 1 of 1           Date Rcvd: Oct 02, 2017
                        Form ID: 129         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db            +Robert E. Bortz,    2918 Harvard Road,    Erie, PA 16508-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage, LLC ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Debtor Robert E. Bortz dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, on behalf of
               the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates,
               Series 2007-AC1 debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              David H. Lipow    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              David H. Lipow    on behalf of Creditor    U.S. Bank National Association, on behalf of the
               registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates,
               Series 2007-AC1 bkecf@milsteadlaw.com,  dlipow@milsteadlaw.com
              Gregory Javardian    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
               Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Luke A. Sizemore    on behalf of Creditor    Nationstar Mortgage, LLC lsizemore@reedsmith.com,
               slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc., as servicing
               agent for U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns
               Asset Backed Securities I LLC, Asset-Backed Certificates, Se mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Gregory Brushwood    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS
               SERVICER FOR THE MORTGAGE OF RECORD pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 17